FILED
2019 SEP 19 P 3:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

~~SEALED~~

ORDERED UNSEALED on 12/06/2023   s/ J. Olsen

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR MANUEL GASTELUM IRIBE (1),<br>　　aka "El Musico,"<br>　　aka "Salgado,"<br>SERVANDO LOPEZ LOPEZ (2),<br>　　aka "Huevo,"<br>JOSE FERNANDO ZAMBADA LEY (3),<br>　　aka "Chino",<br><br>　　　　　　Defendants. | Case No. **19 CR 3736 GPC**<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 959, 960 and 963 – International Conspiracy to Distribute Controlled Substances; Title 46, U.S.C., Secs. 70503 and 70506(b) – Conspiracy to Possess With Intent to Distribute Cocaine on Board a Vessel; Title 21, U.S.C., Sec. 853 and Title 46, U.S.C., Sec. 70507 – Criminal Forfeiture |

　　The grand jury charges:

### Count 1

　　Beginning at a date unknown to the grand jury and continuing up to and including the date of this indictment, within the country of Ecuador and elsewhere, defendants OSCAR MANUEL GASTELUM IRIBE, aka "El Musico," aka "El Salgado," SERVANDO LOPEZ LOPEZ, aka "Huevo," and JOSE FERNANDO ZAMBADA LEY, aka "Chino," who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with each other and with other persons known and unknown to

JCM:nlv:San Diego:9/16/19

the grand jury, to distribute and cause the distribution of a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; intending, knowing and having reasonable cause to believe that such cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960 and 963.

### Count 2

Beginning on a date unknown to the grand jury and continuing up to and including the date of this indictment, on board a vessel subject to the jurisdiction of the United States, while on the high seas, defendants OSCAR MANUEL GASTELUM IRIBE, aka "El Musico," aka "El Salgado," SERVANDO LOPEZ LOPEZ, aka "Huevo," and JOSE FERNANDO ZAMBADA LEY, aka "Chino," did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to possess with intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Sections 70503 and 70506(b).

### Criminal Forfeiture Allegations

1. The allegations contained in Counts 1 and 2 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853 and Title 46, United States Code, Section 70507.

2. As a result of the commission of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants OSCAR MANUEL

GASTELUM IRIBE, aka "El Musico," aka "El Salgado," SERVANDO LOPEZ LOPEZ, aka "Huevo," and JOSE FERNANDO ZAMBADA LEY, aka "Chino," shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this Indictment.

3. As a result of the commission of the offense alleged in Count 2 of this Indictment, and pursuant to Title 46, United States Code, Section 70507(a), defendants Oscar Manuel GASTELUM Iribe, aka "El Musico," aka "El Salgado," Servando LOPEZ Lopez, aka "Huevo," and Jose Fernando ZAMBADA Ley, aka "Chino," shall forfeit to the United States any property used or intended to be used to commit or to facilitate the commission of the violation.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

//
//
//

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853 and Title 46, United States Code, Section 70507.

DATED: September 19, 2019.

ROBERT S. BREWER, JR.
United States Attorney

By: *[signature]*
JOSHUA C. MELLOR
Assistant U.S. Attorney